```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 18161
   DENNIS G VERHAEGHE
   DONNA M VERHAEGHE                             CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
         Debtor
   SSN XXX-XX-5920    SSN XXX-XX-1066


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/03/07 and confirmed on 12/17/07.

   2.  The case was dismissed after confirmation, 09/11/2008.

   3.  The Debtor paid a total of $  13470.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| INDYMAC BANK | CURRENT MORTG | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | 9554.33 | .00 | 9554.33 |
| DOUGLAS DERSHOW | SECURED | .00 | .00 | .00 |
| CITIFINANCIAL AUTO | SECURED VEHIC | 4221.85 | 128.38 | 1009.40 |
| CAPITAL ONE BANK | UNSECURED | 3723.97 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2880.95 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 983.67 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 902.37 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 866.10 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 731.20 | .00 | .00 |
| COMPUTER CREDIT SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITONE LLC | UNSECURED | 12434.24 | .00 | .00 |
| TSYS DEBT MANAGEMENT | UNSECURED | 1300.72 | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| MED BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 13776.18 | .00 | 23823.22 | .00 | 37599.40 |
| PRINCIPAL PAID | 10563.73 | .00 | .00 | .00 | 10563.73 |
| INTEREST PAID | 128.38 | .00 | .00 | .00 | 128.38 |
| TOTAL PAID | 10692.11 | .00 | .00 | .00 | 10692.11 |

```
The Debtor's attorney, CHANG & CARLIN                  , was allowed $   3500.00
and was paid $   1445.00   direct and $    2055.00   through the plan.

The Trustee received $    722.89 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 12/17/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```